Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Pertrina Williams                    Docket No. 02-00015-018 Erie

### Petition on Probation

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Pertrina Williams, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 4th day of November 2002, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance
- The defendant shall be prohibited from possessing a firearm or destructive device.
- The defendant shall be placed on home detention for a period of six months to commence immediately. During this time, the defendant shall remain at her place of residence except for employment, attending educational classes, religious services, and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the probation department.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment not to exceed an amount determined reasonable by the Probation Officer's sliding scale for substance abuse treatment services. The defendant shall submit to one drug urinalysis within 15 days after being placed on probation and at least two periodic tests thereafter.
- The defendant shall pay a special assessment of $100.

11-04-02:   Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 5 Kilograms or More of Powder Cocaine; 4 years' probation; $100 special assessment. Currently supervised by U.S. Probation Officer David J. Conde

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has been gainfully employed, has earned several college degrees while on probation, has been compliant with the conditions of her term of probation, and further monitoring by the Probation Office is deemed unnecessary. Therefore, it is respectfully recommended that the case be allowed to close prior to the full-term expiration on November 3, 2006.

U.S.A. vs. Pertrina Williams
Docket No. 02-00015-018 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervision at Criminal No. 02-00015-018 Erie be terminated early and the case be marked closed.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | Executed on    11-25-05 |
|  | _____ |
|  | David J. Conde |
|  | U.S. Probation Officer |
| _____ | _____ |
| U.S. District Judge | Gerald R. Buban |
|  | Supervising U.S. Probation Officer |
|  | Place:    Erie, PA |